UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00713-FDW-DCK

| | |
|---|---|
| CASSEL LEMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SNYDER'S-LANCE, INC., CAMPBELL SOUP ) | |
| SUPPLY COMPANY L.L.C., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On August 27, 2024, the mediator filed a Report of Mediation, which provided:

> **The case has been completely settled.** Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement.

(Doc. No. 17.) Thereafter, the Court provided the parties with notice that an "[a]greement for entry of judgment or a stipulation of dismissal [is] to be filed within 30 days or the court may dismiss the case without prejudice. Case Settlement Deadline 9/30/2024." (ECF Entry, Aug. 30, 2024.) The parties failed to do so. In fact, neither party has taken any further action in this case.

The Court **ORDERS** the parties to file a Stipulation of Dismissal or status report no later than **November 21, 2024**. If the parties do not comply with this Order, the Court may dismiss the case without prejudice.

**IT IS SO ORDERED**.

Signed: November 14, 2024

Frank D. Whitney
United States District Judge

1